## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**PEGGY SCOTT**                                    **NUMBER:**_____

**VS.**

**BIO-MEDICAL APPLICATIONS OF
LOUISIANA, LLC
a/k/a FMC THIBODAUX AND
CONTINENTAL CASUALTY COMPANY, INC.**

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant Bio-Medical Applications of Louisiana, LLC d/b/a FMC Thibodaux ("BMA"), (the "Remover") who, pursuant to 28 U.S.C § 1441 and 1446, respectfully files this Notice of Removal.  In support of this removal, Remover asserts the following:

I.

On or about November 2, 2011, Peggy Scott, plaintiff filed this suit in the Seventeenth Judicial District Court, Parish of LaFourche, State of Louisiana, which is now pending therein bearing Suit Number 118,846 132488, Division "E."  Named as defendants in the suit are BMA and Continental Casualty Company, Inc. ("Contintental").

II.

This Notice of Removal is being filed within thirty (30) days after the receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief against defendants upon which the state court action or proceeding is based.

591642.1

Remover was served with the original petition on or about November 11, 2011. Continental was also served with the original petition on or about November 9, 2011.

III.

This suit is being removed less than one year after commencement of this action in state court.

IV.

Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Louisiana, is the district and division within which the above described state court suit is pending.

V.

This court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because this action is between citizens of different states and the amount in controversy exceeds SEVENTY FIVE THOUSAND DOLLARS ($75,000), exclusive of costs and interests.

VI.

Plaintiff, upon information and belief, is a citizen of the State of Louisiana. Bio-Medical Applications of Louisiana, L.L.C. is a Delaware limited liability company with its principal place of business in Massachusetts. Its sole member is Bio-Medical Applications of Maryland, Inc., a Delaware corporation with its principal place of business in Massachusetts. Continental is an Illinois insurance company with its principal place of business in Illinois.

VII.

All defendants properly joined and served join in this Notice of Removal. Continental, which was served on November 9, 2011, consents to the removal of this matter. Continental's Consent to Removal is attached hereto as Exhibit "A."

VIII.

While BMA vigorously disputes the allegations in the petition, defendants may rely on allegations contained in petitions as true for purposes of determining the amount in controversy. BMA reasonably believes and avers that the amount in controversy in the above entitled action, exclusive of interest and costs, exceeds the jurisdictional amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000) as set forth in 28 U.S.C. § 1332 and incorporated in 28 U.S.C. § 1441(a). Plaintiff's petition alleges that she "has and continues to suffer severe, grievous, and permanent injury to her shoulder, stomach, lower back, body and mind" and seeks recovery for past, present and future mental and physical pain and suffering, loss of enjoyment of life, medical expenses and loss of earning capacity.

VII.

A copy of the state court suit record and citation, including the Notice of Removal to State Court Clerk, is attached to this Notice of Removal as Exhibit "B" *in globo*.

WHEREFORE, Remover prays that this Notice of Removal be accepted by this Honorable Court as good and sufficient and that this Court will enter such orders as may be proper in the premises.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By: _____ s/ Erick Y. Miyagi _____
    Erick Y. Miyagi, #22533
    John Stone Campbell III, #23674
    Cynthia M. Amedee, #31597
    451 Florida Street, 8th Floor
    P.O. Box 2471
    Baton Rouge, LA 70821
    Telephone:  (225) 387-3221
    Facsimile:  (225) 346-8049

*Attorneys for Bio-Medical Applications of Louisiana, L.L.C.*

## - CERTIFICATE -

I certify that a copy of the foregoing was this day mailed, postage prepaid, to

Laurence Cohen
702 N. Carrollton Avenue
New Orleans, Louisiana 70119
*Counsel for Peggy Scott*

Sheryl Story
Law Offices of Sheryl Story
One Galleria Boulevard, Suite 1610
Metairie, Louisiana 70001-7551
*Counsel for Continental Casualty*
*Company, Inc.*

Baton Rouge, Louisiana, this 22nd day of November, 2011.

_____ s/ Erick Y. Miyagi _____
Erick Y. Miyagi