UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEGGY SCOTT | NUMBER:_____ |
| VS. | |
| BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC a/k/a FMC THIBODAUX AND CONTINENTAL CASUALTY COMPANY, INC. | |

## NOTICE OF REMOVAL TO STATE COURT CLERK

TO:   Honorable Vernon H. Rodrigue
      Clerk of Court – LaFourche Parish
      P.O. Box 818
      Thibodaux, LA 70302

**STATE COURT SUIT NUMBER: 118,846, DIVISION "E"**

PLEASE TAKE NOTICE that Bio-Medical Applications of Louisiana, L.L.C. d/b/a FMC Thibodaux, defendant in the above cause entitled "Peggy Scott v. Bio-Medical Applications of Louisiana, LLC a/k/a FMC Thibodaux., et al.," bearing Number 118,846, Division "E," on the docket of the Seventeenth Judicial District Court for the Parish of LaFourche, State of Louisiana, has filed in the United States District Court for the Eastern District of Louisiana its Notice of Removal of said action, a copy of said notice being served and filed herewith in conformity with 28 U.S.C. § 1446(d) and hereby invoke the automatic stay provisions provided by law.

591642.1



By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**


By: _____s/ Erick Y. Miyagi_____
    Erick Y. Miyagi, #22533
    John Stone Campbell III, #23674
    Cynthia M. Amedee, #31597
    451 Florida Street, 8th Floor
    P. O. Box 2471
    Baton Rouge, LA 70821
    Telephone: (225) 387-3221
    Facsimile: (225) 346-8049
*Attorneys for Bio-Medical Applications of Louisiana, L.L.C.*


- CERTIFICATE -


I certify that a copy of the foregoing was this day mailed, postage prepaid, to

| | |
|---|---|
| Laurence Cohen | Sheryl Story |
| 702 N. Carrollton Avenue | Law Offices of Sheryl Story |
| New Orleans, Louisiana 70119 | One Galleria Boulevard, Suite 1610 |
| *Counsel for Peggy Scott* | Metairie, Louisiana 70001-7551 |
| | *Counsel for Continental Casualty Company, Inc.* |


Baton Rouge, Louisiana, this 22nd day of November, 2011.

        _____s/ Erick Y. Miyagi_____
            Erick Y. Miyagi

 **CT Corporation**

**Service of Process Transmittal**
11/09/2011
CT Log Number 519461462

**TO:** Melissa M Bachelder
Fresenius Medical Care
920 WINTER ST, STE A
Waltham, MA 02451-1519

**RE:** Process Served in Louisiana

**FOR:** Bio-Medical Applications of Louisiana, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Peggy Scott, Pltf. vs. Bio-Medial Application of Louisiana, L.L.C., etc. and Continental Casualty Company, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 17th Judicial District Court, Parish of Lafourche, LA<br>Case # 118846 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - Injuries sustained on 2/7/11 from a slip on wet floor |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/09/2011 at 08:55 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Laurence Cohen<br>145 Robert E Lee Blvd<br>Suite 100<br>New Orleans, LA 70124 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/09/2011, Expected Purge Date: 11/14/2011<br>Image SOP<br>Email Notification, Melissa M Bachelder melissa.bachelder@fmc-na.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / CG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

D237198

# CITATION

PEGGY SCOTT                     SEVENTEENTH JUDICIAL DISTRICT

VS                                    PARISH OF LAFOURCHE

BIO-MEDICAL APPLICATIONS OF     STATE OF LOUISIANA
LOUISIANA LLC, ET AL
DOCKET NUMBER: C-118846

TO:    CONTINENTAL CASUALTY COMPANY INC
       THRU THE SECRETARY OF STATE
       8585 ARCHIVES AVE.
       BATON ROUGE, LA 70804
       residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

      You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

      WITNESS the Honorable Judges of said Court.

      Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, November 2, 2011.

                                       VERNON H. RODRIGUE
                                       CLERK OF COURT

                                       Deputy Clerk of Court

LAURENCE COHEN
ATTORNEY AT LAW
702 N. CARROLTON AVE.
NEW ORLEANS, LA 70119

**FILED**
NOV 09 2011
NOV 16 2011
CLERK OF COURT

I made service on the named party through the Office of the Secretary of State

PERSONAL SERVICE           DOMICILIARY SERVICE
by tendering a copy of this document to

On _____ on the _____ ☐ JULIE NESBITT ☐ TAMMY GLOVER ☐ MEGHAN SHANKS by
Day of _____, 20 ___   Leaving the same with
Service: _____     B. JAMES 0283
Mileage: _____     Deputy Sheriff Parish of East Baton Rouge, Louisiana
                              _____, 20 ___
                              Service: _____
                              Mileage: _____

Dty. Sheriff EAST BATON ROUGE Parish      Dty. Sheriff EAST BATON ROUGE Parish

NOTICE OF SERVICE
I hereby certify that this Notice of Service
was mailed by me to the requesting party.
Date: _____

Deputy Clerk of Court

*RECEIVED NOV 16 2011 E.B.R. SHERIFF'S OFFICE*

D237172

# CITATION

| | |
|---|---|
| PEGGY SCOTT | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| BIO-MEDICAL APPLICATIONS OF LOUISIANA LLC, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-118846 | |

TO: BIO-MEDICAL APPLICATIONS OF LOUISIANA LLC
AKA FMC THIBODAUX, THRU ITS AGENT:
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808
residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, November 2, 2011.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

LAURENCE COHEN
ATTORNEY AT LAW
702 N. CARROLTON AVE.
NEW ORLEANS, LA 70119

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. NOV 2, 2011
_____
Clerk of Court

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On _____ on the _____ Day of _____, 20__ Service:_____ Mileage:_____ | On _____ by Leaving the same with _____ On the ___ day of _____, 20__ Service:_____ Mileage:_____ |
| Dty. Sheriff EAST BATON ROUGE Parish | Dty. Sheriff EAST BATON ROUGE Parish |

17ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. 118846

DIVISION _____

PEGGY SCOTT

VERSUS

BIO-MEDICAL APPLICATIONS OF LOUISIANA, L.L.C. a/k/a F.M.C. THIBODAUX
and CONTINENTAL CASUALTY COMPANY, INC.

DIVISION E

FILED:_____    _____
                                   DEPUTY CLERK

PETITION FOR DAMAGES

The Petition of Peggy Scott, a person of the full age of majority and resident of the Parish of Lafourche, State of Louisiana, respectfully represents:

I.

Made Defendant herein is Bio-Medical Applications of Louisiana, L.L.C a/k/a F.M.C. Thibodaux, a corporation authorized to do and doing business in the Parish of Lafourche, State of Louisiana and Continental Casualty Company, Inc., upon information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana. The Defendants herein are jointly indebted unto your Petitioner for the reasons as hereinafter stated:

II.

On or about February 7, 2011, Peggy Scott was a patient at the dialysis center known as, Bio-Medical Applications of Louisiana, L.L.C. a/k/a F.M.C. Thibodaux hereinafter referred to as "B.M.A.," when she suffered a serious injury caused by a dangerous condition created by the employees of the Defendant owners/ operators of the business which exposed Plaintiff to an unnecessary risk of injury. On information and belief, an attendant working at the Center sprayed water on the floor while attempting to change a unit. When Plaintiff got up to leave, she slipped and fell, causing immediate and serious injuries to her shoulder, stomach, and lower back. At that point, the attendant told another attendant that she should have wiped up the water.

III.

Petitioner avers that the event described above was caused by the fault and negligence of Defendant owner/operator of B.M.A. and its employees in the following non-exclusive ways:

A. Failure to inspect the premises under the circumstances;

B. Failure to provide safe conditions on the premises under the circumstances as proscribed in Article 660 of the Louisiana Civil Code;

C. Failure to warn plaintiff of the dangerous condition which existed on the property at that time;

D. Failure to clean up the water on the floor;

E. Any and all other acts of negligence which may be shown at the trial of this matter.

IV.

As a result of the accident above-described, Petitioner has and continues to suffer severe, grievous, and permanent injury to her shoulder, stomach, lower back, body and mind.

V.

On information and belief, at all times pertinent herein, Defendant, Continental Casualty Company, Inc., maintained a policy of insurance which afforded liability coverage to Defendant, B.M.A., for the type of injuries suffered by Plaintiff herein.

VI.

Because of the negligence of the Defendants, B.M.A. and Continental Casualty Company, Inc., each are jointly liable unto petitioner, Peggy Scott, for the following:

A. For past, present and future mental and physical pain and suffering;

B. For past, present and future mental anguish, emotional distress and impairment of the ability to enjoy life's pleasures;

C. For past, present and future medical expenses;

D. For loss of earning capacity; and

E. Loss of enjoyment of life.

F.  Any other losses she may suffer in the future

WHEREFORE, Petitioner, Peggy Scott, prays that Defendants be served with a copy of this Petition and cited to appear and answer same and, after all due proceedings had, there be judgment herein in favor of Petitioner, Peggy Scott, and against Defendants, Bio-Medical Applications of Louisiana, L.L.C a/k/a F.M.C. Thibodaux and Continental Casualty Company, Inc., jointly and in solido, in an amount reasonable in the premises, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and all other general and equitable relief to which Petitioner, Peggy Scott is entitled.

RESPECTFULLY SUBMITTED:

BY: _____
LAURENCE COHEN, #1304
702 N. Carrollton Ave.
New Orleans, Louisiana 70119
Telephone: (504)-284-3800
Facsimile: (504)-482-6988
Attorney for Peggy Scott

**PLEASE SERVE:**

1. **BIO-MEDICAL APPLICATIONS OF LOUISIANA, L.L.C. a/k/a F.M.C. THIBODAUX**
   Through its registered agent:
   C T Corporation System
   5615 Corporate Blvd., Suite 400 B
   Baton Rouge, LA 70808

2. **CONTINENTAL CASUALTY COMPANY, INC.**
   Through the Secretary of State of Louisiana
   8585 Archives Avenue
   Baton Rouge, LA 70804

FILED
NOV 02 2011
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La NOV 3, 2011
Clerk of Court